AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

**SEALED**

UNITED STATES OF AMERICA

V.

CARLOS LUIS VENEGAS

**WARRANT FOR ARREST**

Case Number: 3:16-CR-479-N-1

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    CARLOS LUIS VENEGAS
                                                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petiton ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her (brief description of offense)

Conspiracy to Distribute a Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Irma C. Ramirez        11/2/2016        Dallas, Texas
                                                                                         Date                    Location

By: s/S. Shelby
       Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 11-4-2016 | NAME AND TITLE OF ARRESTING OFFICER Julie Cassidy TFO | SIGNATURE OF ARRESTING OFFICER JCassidy |
| --- | --- | --- |
| DATE OF ARREST 11-7-2016 | | |

FID 101 76251