Case No. 3:16-CR-479-N

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Ronald Cunningham
was received by me on *(date)* 1-28-19 .

☑ I served the subpoena by delivering a copy to the following named persons on 1-29-19

> In the USMS cellblock at 0816

*(stamp: 2019 JAN 30 PH 2:29 DEPUTY CLERK US DISTRICT COURT NORTHERN DIST OF TX FILED)*

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ 0 for travel and $ 65.⁰⁰ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 1-29-19

_____
Server's signature

Raymundo Venegas, Jr. (A)SDUSM
Printed name and title

1100 Commerce St. RM 1657
Dallas, TX 75242
Server's address

Additional information regarding attempted service, etc:

# United States District Court
## for the
### Northern District of Texas

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2019 JAN 28 P 2: 02

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:16-CR-479-N |
| Carlos Luis Venegas, et al ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Ronald Cunningham

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 1100 Commerce Street, Third Floor Dallas, Texas 75242 | Courtroom No.: | 1505 |
|---|---|---|---|
| | | Date and Time: | January 28, 2019 @ 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: Jan 11, 2019

*CLERK OF COURT*

_____
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America _____, who requests this subpoena, are:

Myria Boehm, Assistant United States Attorney
Myria.Boehm@usdoj.gov,
United States Attorney's Office,
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Telephone: (214) 659-8600