IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA            §
                                    §
v.                                  §          Crim. Action No. 3:16-CR-479-N
                                    §
CARLOS LUIS VENEGAS                 §

## **VERDICT OF THE JURY**

We, the Jury, find the Defendant "guilty" or "not guilty" as follows:

Count 1 – conspiracy to distribute and dispense a controlled substance

_guilty_

Signed this the _1_ day of February, 2019.

_____
Presiding Juror

COURT'S CHARGE – PAGE 16