IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Crim Action No. 3:16-CR-00479-N |
| | § |
| CARLOS LUIS VENEGAS (1) | § |

## NOTICE OF APPEAL

Defendant Carlos Luis Venegas gives notice that he is appealing his conviction and sentence in this case to the United States Court of Appeals for the Fifth Circuit from the judgment on 17 May 2019 (document no. 468 ).  Defendant Venegas has retained attorney Patrick J. McLain as counsel for the appeal in this case.

Respectfully Submitted,

*/s/ Patrick J. McLain*

_____
Patrick J. McLain
Attorney for Carlos Luis Venegas
Texas State Bar Number: 13737480
900 Jackson Street, Suite 635
Dallas, Texas 75202
Telephone: (214) 416-9100
patrick@patrickjmclain.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of this Notice of Appeal was served electronically via the CM/ECF system to the Office of the United States Attorney for the Northern District of Texas on 17 May 2019.

*/s/ Patrick J. McLain*

Patrick J. McLain
Attorney for Carlos Luis Venegas